DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACQUELYNNE O. MILLER,**
Appellant,

v.

**TOWNE PARK NORTH CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D17-1498

[May 3, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 432016CA001072.

William N. Swift of William N. Swift, P.A., Palm City, for appellant.

Michael Dermody of Becker & Poliakoff, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***